# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2879
LT Case Nos. 27-2018-CF-766-A
27-2018-CF-2390-A
27-2018-CF-2535-A
27-2018-CF-2536-A
27-2019-CF-768-A

_____

GREGORY IZELL OWENS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Gregory Izell Owens, Raiford, pro se.

James Uthmeier, Attorney General, Tallahassee, and Deborah A.
Chance, Assistant Attorney General, Daytona Beach, for
Appellee.

May 19, 2026

PER CURIAM.

AFFIRMED.

MAKAR, HARRIS, and SOUD, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---